IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOBLE C. BEASLEY, No. 04065-003,

    Petitioner,

vs.                                  CASE NO. 5:07cv31/RS

SCOTT MIDDLEBROOKS, Warden of
FCI at Marianna, Florida,

    Respondent.
_____/

### ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 3), Petitioner's Petition For Rehearing (Doc. 8), and Petitioner's Amendment To Petition For Rehearing (Doc. 9). The Petition For Rehearing (Doc. 8) and Amendment To Petition For Rehearing (Doc. 9) shall be treated as objections to the Magistrate Judge's Report and Recommendation and have been reviewed *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus under §2241 (Doc. 1) is summarily **denied**.

3. The clerk is directed to close the file.

ORDERED on March 21, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**